UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-01972-SSC                             Date: June 5, 2025

Title    Marquise Bailey v. H P Auto Parts Inc., et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

On March 6, 2025, Plaintiff Marquise Bailey filed this civil action bringing a claim under the Americans with Disabilities Act, as well as state claims for negligence and violations of California's Unruh Civil Rights Act, Disabled Persons Act, and Health & Safety Code § 19955. (ECF 1.)  A summons was issued the following day.  (ECF 6.)

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-01972-SSC                    Date: June 5, 2025

Title         Marquise Bailey v. H P Auto Parts Inc., et al.

As stated, the complaint was filed on March 6, 2025, and, pursuant to Rule 4(m), the service deadline was June 4, 2025. The service deadline has passed, and the Court has not received proof of service on Defendant H P Auto Parts Inc., or any other communication from Plaintiff regarding service of this defendant. The Court notes that, on May 12, 2025, a proof of service on another defendant, Efrain E. Gonzalez, was filed. (ECF 8.)

     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **June 12, 2025**, why Defendant H P Auto Parts Inc. should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4. If Plaintiff files a proof of service by **June 12, 2025**, this order to show cause will be discharged automatically and Plaintiff need not respond to it separately.

     **Plaintiff is cautioned that failure to file a timely response to this order to show cause may result in dismissal of this action for failure to serve.**

**IT IS SO ORDERED.**

                                                            Initials of Preparer      **ts**